IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES CLANTON,                                                                                    PLAINTIFFS
Individually and as Parent and Next Friend of A,
and CAMILLE CLANTON,
Individually and as Parent and Next Friend of A

v.                              CASE NO. 2:16-CV-00171 BSM

FORREST CITY SCHOOL DISTRICT                                                 DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE